UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PENALOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>SALAHUDDIN ABDUR-RAHMAN, et al.,<br><br>    Defendants. | No. 2:17-cv-1015 DB P<br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. He has consented to the jurisdiction of a magistrate judge.

    On June 8, 2017, plaintiff's complaint was dismissed with leave to amend for failure to state a claim. (ECF No. 4.) Plaintiff was granted thirty days to file an amended complaint. When plaintiff failed to file an amended complaint within that time period, an order to show cause issued as to why this action should not be dismissed for failure to comply with a court order. (ECF No. 8.) Plaintiff has failed to respond to the order to show cause, and the time for a response has now passed.

////

////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for plaintiff's failure to comply with a court order.

Dated: August 21, 2017

/s/ *signature*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/pena1015.dism